UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-80 |
| VERSUS | SECTION "I" |
| RODERICK HICKMAN, ET AL | VIOLATION:<br>18 U.S.C. § 371<br>18 U.S.C. § 1341 and 2 |

### RE-NOTICE OF PRETRIAL CONFERENCE AND TRIAL BY JURY
### PRETRIAL CONFERENCE RESET FOR JANUARY 13, 2021 AT 3:00 P.M.

Take Notice that this criminal case has been reset for **TRIAL** on **FEBRUARY 22, 2021** at **8:30 A.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:   October 7, 2020                         CAROL MICHEL, CLERK

TO:                                             Issued by:   Bridget Gregory, Deputy Clerk

| | | |
|---|---|---|
| Roderick Hickman | **(BOND)** | AUSA: Brian M. Klebba, Maria M. Carboni, |
| Lois Russell | **(BOND)** | Shirin Hakimzadeh, Edward J. Rivera |
| James Williams | **(BOND)** | |
| Tanya Givens | **(BOND)** | U.S. Marshal |
| John Diggs | **(BOND)** | U.S. Probation Office |
| Henry Randle | **(BOND)** | U.S. Probation Office - Pretrial Services Unit |
| Ryan Wheaten | **(BOND)** | |
| Dakota Diggs | **(BOND)** | **JUDGE** |
| Bernell Gale | **(BOND)** | |
| Marvel Francois | **(BOND)** | **MAGISTRATE** |
| Troy Smith | **(BOND)** | |

COURT REPORTER COORDINATOR
INTERPRETER:   NONE

**If you change address,
notify clerk of court
by phone, 589-7752**

**Counsel for Roderick Hickman:**
Clarence Roby
3707 Canal Street, Suite U
New Orleans, LA 70119
Email: croby@crobylawfirm.com

**Counsel for Lois Russell:**
Cynthia Marie Cimino
365 Canal Street, Suite 1000
New Orleans, LA 70130
Email: ccimino@brownelaw.com

**Counsel for James Williams:**
Rachel Marie Yazbeck
701 Loyola Ave, Suite 404
New Orleans, LA 70113
Email: rmyazbeck@gmail.com

**Counsel for Tanya Givens:**
James S. Holt
4720 North Blvd.
Baton Rouge, LA 70806
Email: holtlawfirm@yahoo.com

**Counsel for John Diggs:**
Catherine Irvin Chavarri
400 Poydras Street, Suite 1990
New Orleans, LA 70130
Email: chavarrijd@smclattorneys.com

**Counsel for Henry Randle:**
William Murphy Doyle
908 Williams Blvd.
Kenner, LA 70062
Email: wmdlaw@yahoo.com

**Counsel for Ryan Wheaten:**
Royal Judson Mitchell , Jr.
540 Broadway
New Orleans, LA 70118
Email: jmitchel@loyno.edu

**Counsel for Dakota Diggs:**
Kerry P. Cuccia
3606 Canal Street
New Orleans, LA 70119
Email: kerryc@capitald.org

**Counsel for Bernell Gale:**
D. Majeeda Sneed
P. O. Box 871821
New Orleans, LA 70187
Email: dmajsnead@aol.com

**Counsel for Marvel Francois:**
Townsend M. Myers
700 Camp Street, Suite 213
New Orleans, LA 70130
Email: townsendmyers@gmail.com

**Counsel for Troy Smith:**
Arthur A. Lemann, IV
1100 Poydras Street, Suite 3250
New Orleans, LA 70163
Email: aal4@aol.com