UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-80 |
| VERSUS | SECTION "I" |
| RODERICK HICKMAN<br>TROY SMITH | VIOLATION: 18 U.S.C. 371 |

## RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **MARCH 8, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  December 5, 2022 | CAROL MICHEL, CLERK |
| TO:<br>Roderick Hickman  **(BOND)**<br>Troy Smith         **(BOND)** | Issued by:  Bridget Gregory, Deputy Clerk |
| **Counsel for Roderick Hickman:**<br>Clarence Roby<br>3707 Canal Street, Suite U<br>New Orleans, LA 70119<br>Email: croby@crobylawfirm.com | AUSA: Brian M. Klebba, Maria M. Carboni,<br>         Brandon Long, Edward J. Rivera<br><br>U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit |
| **Counsel for Troy Smith:**<br>Arthur A. Lemann, IV<br>1100 Poydras Street, Suite 3250<br>New Orleans, LA 70163<br>Email: aal4@aol.com | **JUDGE**<br><br>**MAGISTRATE** |
| **If you change address,<br>notify clerk of court<br>by phone, 589-7752** | COURT REPORTER COORDINATOR<br>INTERPRETER:  **NONE** |