UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.  20-80 |
| VERSUS | SECTION "I" |
| RODERICK HICKMAN | VIOLATION: 18 U.S.C. 371 |

### RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **JUNE 14, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  March 2, 2023 | CAROL MICHEL, CLERK |
| TO: | Issued by:  Bridget Gregory, Deputy Clerk |
| Roderick Hickman  **(BOND)** | AUSA: Brian M. Klebba, Maria M. Carboni, Brandon Long, Edward J. Rivera |
| **Counsel for Roderick Hickman:** <br> Clarence Roby <br> 3707 Canal Street, Suite U <br> New Orleans, LA 70119 <br> Email: croby@crobylawfirm.com | U.S. Marshal <br> U.S. Probation Office <br> U.S. Probation Office - Pretrial Services Unit <br><br> **JUDGE** <br><br> **MAGISTRATE** |
| **If you change address, notify clerk of court by phone, 589-7752** | COURT REPORTER COORDINATOR <br> INTERPRETER:  **NONE** |