UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-80 |
| VERSUS | SECTION "I" |
| RODERICK HICKMAN | VIOLATION: 18 U.S.C. 371 |

## RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **OCTOBER 18, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: June 6, 2023 | CAROL MICHEL, CLERK |
| TO: | Issued by: Bridget Gregory, Deputy Clerk |
| Roderick Hickman **(BOND)** | AUSA: Brian M. Klebba, Maria M. Carboni, Brandon Long, Edward J. Rivera |

**Counsel for Roderick Hickman:**
Clarence Roby
3707 Canal Street, Suite U
New Orleans, LA 70119
Email: croby@crobylawfirm.com

U.S. Marshal
U.S. Probation Office
U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

**If you change address, notify clerk of court by phone, 589-7752**

COURT REPORTER COORDINATOR
INTERPRETER: **NONE**