MINUTE ENTRY
AFRICK, J.
OCTOBER 18, 2023

JS10 - 00:22

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 20-80 |
| RODERICK HICKMAN | SECTION: I |

COURT REPORTER:  Samm Morgan
COURTROOM DEPUTY:  Bridget Gregory

PRESENT:   Edward Rivera, Counsel for the government
Clarence Roby, Jr., Counsel for defendant
Shalita Morgan, U.S. Probation
Roderick Hickman, Defendant

### SENTENCING

Case called.
Defendant was sentenced on count 1 of the Indictment.
On motion of the United States, counts 2-4 of the indictment are dismissed as to this defendant.
See Judgment for sentence imposed.
The defendant shall surrender himself on or before noon on Monday, January 8, 2024.