UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-80 |
| RODERICK HICKMAN | SECTION I |

### ORDER

**IT IS ORDERED** that the defendant shall surrender for service of sentence at the institution designated by the U.S. Bureau of Prisons **on or before 12:00 p.m. (noon) on Monday, March 11, 2024**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this order to the United States Attorney's Office, defense counsel, and the **United States Probation Office**.

New Orleans, Louisiana, March 5, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE